# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARLOS CORTEZ DIAZ, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-02351-JAD-CWH |
| vs. | ) | **ORDER** |
| LEE, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (#1), filed December 27, 2013. It appears from the application that Plaintiff is incarcerated. As an incarcerated individual, Plaintiff is required to submit "a certificate from the institution certifying the amount of funds currently in the applicant's trust account at the institution and the net deposits in the applicant's account for the six (6) months preceding the submission of the application." *See* LSR 1-2. Plaintiff did not submit the required prisoner account certification. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**. Plaintiff shall have until **Wednesday, March 12, 2014** to a new application proceed *in forma pauperis*, accompanied by a signed financial certificate and certified copy of his prisoner trust fund account for the previous six months. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of four hundred dollars ($400.00). Failure to comply will result in a recommendation to that this case be dismissed.

DATED: February 12, 2014.

_____
Carl W. Hoffman, Jr.
United States Magistrate Judge