# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS CORTEZ DIAZ, | ) |
|     Plaintiff, | ) Case No. 2:13-cv-02351-JAD-CWH |
| vs. | ) **ORDER** |
| LEE, *et al.*, | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiff's Second Application to Proceed *In Forma Pauperis* (#3), filed March 12, 2014. Plaintiff's first application was denied without prejudice because it did not comply with the application requirements for submission by an incarcerated individual. *See* Order (#2) (denying application for failure to submit a certificate from the institution certifying the amount of funds currently in the applicant's trust account at the institution and the net deposits in the applicant's account for the six (6) months preceding the submission of the application). Plaintiff was instructed to submit a new, complete application by Wednesday, March 12, 2014. Plaintiff submitted the new application on the form for incarcerated individuals along with a letter indicating that he is no longer incarcerated. Because Plaintiff was never approved to proceed *in forma pauperis* while incarcerated, the Court will require that he submit a new application on the form for non-incarcerated individuals. The Court further notes that the most recently submitted application is incomplete. Plaintiff did not respond to all of the questions listed on the questionnaire. Thus, the application (#3) is subject to dismissal on the grounds that it is incomplete as well.

Based on the foregoing and good cause appearing

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#3) is **denied without prejudice**. Plaintiff shall have until **Friday, April 25, 2014** to file a new application proceed *in forma pauperis*. The Clerk of the Court shall send Plaintiff a blank *in forma*

*pauperis* application for non-incarcerated litigants.  In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of four hundred dollars ($400.00).  Failure to comply will result in a recommendation to that this case be dismissed.

DATED: March 24, 2014.

_____
Carl W. Hoffman, Jr.
United States Magistrate Judge